# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**CHARLES E. CUMMINS, ADC # 94179**                                **PLAINTIFF**

**V.**                           **CASE NO. 5:09CV00221 BSM/BD**

**LARRY NORRIS,** *et al.*                                         **DEFENDANTS**

## ORDER

The court has received the partial recommended disposition from Magistrate Judge Beth Deere. The parties have not filed objections. After carefully reviewing the partial recommended disposition and reviewing the record *de novo,* it is concluded that the partial recommended disposition should be, and hereby is, approved and adopted in all respects in its entirety.

Plaintiff's motion to amend (docket entry #54) is DENIED.

IT IS SO ORDERED, this <u>27th</u> day of January, 2010.

_____
UNITED STATES DISTRICT JUDGE