# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**CHARLES E. CUMMINS, ADC # 94179**                                                              **PLAINTIFF**

**V.**                            **CASE NO. 5:09CV00221 BSM/BD**

**LARRY NORRIS,** *et al.*                                                                       **DEFENDANTS**

## ORDER

The court has received the partial recommended disposition (Doc. No. 99) from Magistrate Judge Beth Deere and plaintiff Charles E. Cummins's response (Doc. No. 112). After carefully reviewing the recommendation, Cummins's objections, and reviewing the record *de novo*, it is concluded that the partial recommended disposition should be, and hereby is, approved and adopted in all respects in its entirety.

Plaintiff's motion to amend (docket entry #98) is DENIED.

IT IS SO ORDERED this 3rd day of June, 2010.

_____
UNITED STATES DISTRICT JUDGE