IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**CHARLES E. CUMMINS, ADC # 94179**                                                          **PLAINTIFF**

v.                              **CASE NO. 5:09CV00221 BSM/BD**

**LARRY NORRIS et al.**                                                                              **DEFENDANTS**

## JUDGMENT

Consistent with the order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE as to all claims against defendant Sharon King and DISMISSED WITHOUT PREJUDICE as to all claims against defendants Larry Norris, James Banks III, John Ella Marshall, David Hutchinson, Ramona A. Huff, and Robert Rectenwald, M.D.

IT IS SO ORDERED this 2nd day of November, 2010.

_____
UNITED STATES DISTRICT JUDGE